**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sparkling Waters Pool Construction, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3697513 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3411 Main Street | |
| Number    Street | Number    Street |
| Suite #5 | |
| | P.O. Box |
| Leesburg    FL    34748 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lake County | |
| County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

Debtor __Sparkling Waters Pool Construction, Inc._____     Case number *(if known)*_____
       Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . <br> 283990 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ☑ Chapter 7 <br> ☐ Chapter 9 <br> ☐ Chapter 11. *Check **all** that apply*: <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ A plan is being filed with this petition. <br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes.  District _____ When _____  Case number _____ <br>                                   MM / DD / YYYY <br>           District _____ When _____  Case number _____ <br>                                   MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes.  Debtor _____  Relationship _____ <br>         District _____  When _____ <br>                                            MM / DD / YYYY <br>        Case number, if known _____ |

Debtor  **Sparkling Waters Pool Construction, Inc.**   Case number (*if known*)_____
_____
Name

| | | |
|---|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number     Street<br>_____<br>_____<br>  City                        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ | |

---

### Statistical and administrative information

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| 14. **Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor   Sparkling Waters Pool Construction, Inc.                                   Case number (*if known*)_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/22/2023
             MM / DD / YYYY

✘ /s/ David Lapp                                    David Lapp
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Kenneth D. Herron, Jr.                        Date  06/22/2023
Signature of attorney for debtor                          MM / DD / YYYY

Kenneth D. Herron, Jr.
Printed name

Herron Hill Law Group, PLLC
Firm name

P. O. Box 2127
Number     Street

Orlando                                             FL           32802
City                                                State        ZIP Code

4076480058                                          chip@herronhilllaw.com
Contact phone                                       Email address

699403                                              FL
Bar number                                          State

United States Bankruptcy Court
Middle District of Florida

In re: Sparkling Waters Pool Construction, Inc.              Case No.

                                                             Chapter   7
              Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   06/22/2023                    /s/ David Lapp
                                      Signature of Individual signing on behalf of debtor

                                      President
                                      Position or relationship to debtor

Barry Kistler
5930 Barley Path
The Villages, FL 32163

Belleview Propane Inc.
6226 SE 113th St.
PMB 109
Belleview, FL 34420

Bill and Judi Roach
2258 Margarita Dr.
Leesburg, FL 34748

Blue Vine
401 Warren Street
Suite 300
Redwood City, CA 94063

BP Stone & Tile Inc.
Oviedo, FL 32765

C T Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203

Cemex Ocala Concrete
619 SW 17th St.
Ocala, FL 34474

Cody Julie Thompson
2970 Monument Way
The Villages, FL 32163

David Lapp

Edwin and Karen Menor
1718 Palto Alto Ave
Lady Lake, FL 32159

Elite Gunite LLC.
1802 Saturn Blvd.
Orlando, FL 32837

Family's Choice Electrical Rep
8736 SE 165th Mullbery Ln
PMB 109
The Villages, FL 32162

FIJI Funding, LLC
101 Chase Avenue
Suite 207-208
Lakewood, NJ 08701

First Corporate Solutions
914 S Street
Sacramento, CA 95811

Fritz Fence
2599 County Rd. 44
Eustis, FL 32726

Fundomate Technologies, Inc.
300 Continental Blvd
Suite 410
El Segundo, CA 90245

Gloria Dicocco
6099 Mulligan Run
The Villages, FL 32163

Henry Bourguignon
4715 Heritage Trail
Leesburg, FL 34748

High Pressure Shotcrete LLC
603 E. Fort King St.
Ocala, FL 34471

Howard and Kathy Zenuk
537 Casteel Ave.
The Villages, FL 32163

Jack and Theresa Suileman
10021 Ketch Kay Lane
Oxford, FL 34484

James Brown
5922 Barley Path
The Villages, FL 32163

JBN Specialty Concrete Services Inc.
8980 Guava St.
Yalaha, FL 34797

John Barnett
4515 Biggs Place
The Villages, FL 32163

Karen Richardson
4063 Maxwell Terrace
The Villages, FL 32163

Kennedy Concrete
1406 Atlanta Ave
Orlando, FL 32806

Kimberly Foreman
1004 Ebling Loop
The Villages, FL 32163

Kobuta Credit Corporation
1000 Kobuta Dr.
Grapevine, TX 76051

Kubota Credit Corporation
1000 Kubota Dr.
Grapevine, TX 76051

Kubota Credit Corporation USA
1000 Kubota Dr.
Grapevine, TX 76051

Larry and Jackie Fear
1088 Outridge Loop
The Villages, FL 32163

Michael LaFontaine
5964 Mulligan Run
The Villages, FL 32163

Midsouth Mutual Insurance Company
PO Box 1949
Brentwood, TN 37024

Mike and Alana Ryan
1475 Summerlin St.
The Villages, FL 32163

Mike and Alice Micchelli
543 Casteel Ave
Wildwood, FL 34785

Mike and Becky Kearns
12473 SE 93rd Court Road
Summerfield, FL 34491

Molly Moore
2509 Lock Street
The Villages, FL 32163

Mr. Steve Hamilton
4408 Springdale Path
The Villages, FL 32163

Osmani Banos-Diaz
3411 W Main St
Leesburg, FL 34748

Paul and Debbie Alexander
6174 Mulligan Run
The Villages, FL 32163

Richard and Cindy Hinds
6024 Barley Path
The Villages, FL 32163

Rick Rounds
2248 Clymer Court
The Villages, FL 32163

SCP Distributors LLC.
111 Satellite Ct.
Leesburg, FL 34748

Shawn Whited
5950 Mulligan Run
The Villages, FL 32163

Silverline Services, Inc.
265 Sunrise Highway
Suite 236
Rockville Centre, NY 11570

SRM Concrete
8302 NE 44th Dr
Wildwood, FL 34785

Tami and Scott Parrish
2614 NE 108th
Oxford, FL 34484

Tim Wilcox
3101 Ely Circle
The Villages, FL 32163

Tom Coburn Aluminum Installation LLC
15920 SE 27th Ave.
Summerfield, FL 34491


Truist
750 Kristine Way
The Villages, FL 32163


Vox Funding
14 E 44th Street
4th Floor
New York, NY 10017